IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:09-cr-131-MEF |
| | ) | |
| CHARLIE MILNER, JR., | ) | |

## *ORDER OF DETENTION PENDING TRIAL*

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the undersigned Magistrate Judge conducted a detention hearing on the 19th day of August, 2009.   Upon due consideration of the testimonial evidence,  I conclude that the following facts require the detention of the defendant pending trial.

### Part I - Findings of Fact

On April 10, 2008, Alexander City Police Officers responded to a report of shots fired at the home of defendant Charlie Milner ("Milner").  Milner and his live-in girlfriend were at home when the police came.  Milner told the officers he fired the shot and went into the house to get the shotgun. The officers followed Milner into the home and told him to step aside so they could retrieve the weapon.  A struggle began when Milner would not step aside.  After Milner was arrested, the officers found a shotgun in a closet within the home. Milner's girlfriend said that she and Milner had an argument and during the argument Milner shot at her and barely missed her head.  The officers could see a shotgun blast in the wall, shotgun pellets on the floor, and a spent shell casing. According to the girlfriend, Milner said he had a bullet with his mother and his sister's name on them.

### Part II - Written Statement of Reasons for Detention

Milner was convicted of manslaughter in 1993 after he shot his son in law in the back during

a domestic argument. Milner served almost 3 years imprisonment as punishment for the manslaughter conviction. From the evidence presented during the hearing, the Court concludes that Milner has an explosive temper which manifests itself in extreme violence. Millner killed his son in law during a domestic incident and shot at his girlfriend during a domestic dispute. The erratic and unpredictable nature of domestic disputes is such that the Court cannot impose conditions short of incarceration which will be sufficient to protect the community. Millner's threats toward his mother and sister are particularly troubling to the Court as both parties live next door to Millner. Furthermore, when Millner refused to step aside and resisted the officers trying to retrieve the firearm, Millner demonstrated his contempt for authority. The Court has no evidence before it to conclude Millner will obey conditions of release if some incident causes him to lose his temper.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE THIS 21st day of August, 2009.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE